391 A.2d 705

Commonwealth v. Young, Appellant.

Submitted April 10, 1978.  Benjamin Spencer Blakley, III, Assistant Public Defender, for appellant;  Barbara H. Schickling, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented based on *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977), and *Commonwealth v. Wertz*, 252 Pa.Super. 584, 384 A.2d 933 (1978).